# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lester Bladimir Eguigure Avila, | No. CV-26-02632-PHX-DWL (ASB) |
| Petitioner, | **ORDER** |
| v. | |
| Luis Rosa, Jr., et al., | |
| Respondents. | |

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) The Court directed Respondents to answer the Petition. (Doc. 5.) In their Response, Respondents state "Respondents do not oppose the habeas petition or the requested relief of release from custody." (Doc. 9.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

…

…

…

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 28th day of April, 2026.

Dominic W. Lanza
United States District Judge