KM

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lester Bladimir Eguigure Avila,<br><br>Petitioner,<br><br>v.<br><br>Luis Rosas, Jr., et al.,<br><br>Respondents. | No.   CV-26-02632-PHX-DWL (ASB)<br><br><br>**ORDER** |

On April 16, 2026, Petitioner filed a Petition Under 28 U.S.C. § 2241 challenging his immigration detention.  (Doc. 1.)  In an April 28, 2026 Order, the Court granted the Petition and ordered Respondents to "immediately release [P]etitioner from custody under the same conditions that existed before his detention."  (Doc. 11 at 1.)  Judgment was entered the same day.  (Doc. 12.)

On May 6, 2026, Petitioner filed a Motion to Compel Compliance (Doc. 14) arguing that his April 30 release from custody did not comply with the Court's April 28 Order because it was conditioned on various restrictions on Petitioner's liberty that did not exist before his detention.  The Court will require a response to the Motion.

. . . .

. . . .

. . . .

. . . .

. . . .

**IT IS ORDERED:**

(1)   Respondents must file a response to Petitioner's Motion to Compel Compliance on or before May 20, 2026.

(2)   Petitioner may file a reply on or before May 27, 2026.

Dated this 12th day of May, 2026.

Dominic W. Lanza
United States District Judge